## WESTERN UNION TELEGRAPH CO. v. ROYAL.

(Decided February 8, 1917.  74 South. 1006.)

CERTIORARI to the Court of Appeals.

ALBERT T. BENEDICT and RUSHTON, WILLIAMS & CRENSHAW, for appellant.  HILL, HILL, WHITING & STERN, for appellee.

GARDNER, J.—Petition by the Western Union Telegraph Company for certiorari to the Court of Appeals to review and revise the judgment of said court affirming the appeal of *Western Union Telegraph Company v. Royal*, 15 Ala. App. 546, 74 South. 94. Writ denied.

---

## W. G. PATTERSON CIGAR CO. v. R. D. BURNETT CIGAR CO.

(Decided April 5, 1917.  74 South. 1006.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

VASSAR L. ALLEN and STALLINGS & JUDGE, for appellant: A. G. & E. D. SMITH, for appellee.

PER CURIAM.—Dismissed for want of prosecution, on motion of appellee.

---

## WOODWARD IRON COMPANY v. HART.

(Decided April 17, 1917.  74 South. 1006.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

WHITAKER & NESBITT, for appellant.  W. A. DENSON, for appellee.

PER CURIAM.—Appeal dismissed for want of prosecution.